

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| KATHLEEN W. GILBREATH | * | CIVIL ACTION NO. 09-1922 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| AVERITT EXPRESS, INC., ET AL. | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 12] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED that the motion to remand and associated request for costs and fees [Doc. No. 2], filed by plaintiff Kathleen W. Gilbreath is **DENIED**.

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered in favor of defendant Roger Whitlock, and against plaintiff, Kathleen W. Gilbreath, dismissing with prejudice plaintiff's claims against said defendant only.

IT IS FURTHER ORDERED that judgment is hereby entered in favor of cross-defendant, Averitt Express, Inc., and against cross-claimant, Roger Whitlock, dismissing the cross-claim, without prejudice.

THUS DONE AND SIGNED this 21 day of April, 2010, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE