UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KATHLEEN W. GILBREATH** | **CIVIL ACTION NO. 09-1922** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **AVERITT EXPRESS, INC., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons stated in this Court's Ruling,

IT IS ORDERED that Defendant Averitt Express, Inc.'s Motion for Summary Judgment [Doc. No. 28] is DENIED.

MONROE, LOUISIANA, this 3rd day of November, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE